January 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DARLEN G. SCHNEXNAIDER, Appellant

NO. 14-13-00752-CR                     V.

THE STATE OF TEXAS, Appellee

_____

  This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

  We further order this decision certified below for observance.